JAMES E. CARTY, Respondent, v. ALBERT NIERENBERG, Appellant.— Application denied, with ten dollars costs.

RUSSELL CLARK, Respondent, v. ANNA COHN, Appellant, and NEW YORK EVENING POST, INC., Defendant.— Motion for stay granted upon condition that within five days from service of a copy of the order herein appellant file an undertaking, with corporate surety, in the sum of $7,500 conditioned for the payment to respondent for any loss upon the failure of appellant to complete the purchase if the order be affirmed; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ.

FREDERICK GROSS, Respondent, v. McCRORY STORES CORPORATION, Appellant.— Motion to dismiss appeal denied, without costs, without prejudice to renewal upon proof that time to appeal from the order setting aside the $5,000 verdict and granting a new trial has expired and that no notice of appeal has been served. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney (DANIEL J. DUGAN).— Motion to confirm report of official referee granted, respondent disbarred and his name ordered stricken from the roll of attorneys. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of NICOLA CAPONI and Others, Appellants, against WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals, and Others, Respondents.— Motion for stay denied. Present — Lazansky, P. J., Rich, Young and Tompkins, JJ.; Scudder, J., not voting.

In the Matter of a PRESENTMENT BY THE GRAND JURY OF RICHMOND COUNTY, JANUARY, 1929.— Report of official referee received. Matter to be referred to the Richmond County Bar Association. Counsel to be named after consultation of the presiding justice with the president of the Richmond County Bar Association, when order will be entered. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ.

ARCHIBALD MACDONALD, as Administrator, etc., of ETHEL MACDONALD, Deceased, Respondent, v. PETER W. MOORE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

WILBUR F. AMIES and J. EMMA HINES, as Executrix, etc., of STEPHEN J. HINES, Deceased, Appellants, v. JOHN WESNOFSKE and JOHANNA WESNOFSKE, Respondents.*— Judgment reversed upon the law, with costs, and judgment directed in favor of the plaintiffs for $2,500, with interest from December 9, 1925, and costs. The agreement between the parties that one-half of plaintiffs' commission was payable on the closing of title referred to the time when the commission which had been earned by the plaintiffs should be paid. (Levy v. Forster, 224 App. Div. 463, 465; Morgan v. Calvert, 126 id. 327; Coughlan & Co., Inc., v. Frankel, 216 id. 565; North Sea Development, Inc., v. Burnett, 228 id. 444.) In view of this decision the appeal from the order denying motion for a new trial is dismissed. Rich, Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., concurs in result.